# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STACY CALVERT,

                Plaintiff,         Case No. 2:11-cv-00442-LRH-PAL

vs.                                     **ORDER**

ALESSI & KOENIG, LLC,

                Defendant.

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (Dkt. #13) filed June 3, 2011, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than December 16, 2011, or within thirty days after decision of any dispositive motions. The Order (Dkt. #14) denying without prejudice the motion to certify class was entered January 18, 2012. There are currently no dispositive motions pending. To date the joint pretrial order has not been filed and is long overdue. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., July 17, 2012**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

Dated this 3rd day of July, 2012.

_____
Peggy A. Leen
United States Magistrate Judge